UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-6-MOC-DSC-2

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) |
| Vs. | ) ) ) |
| **DEANGELO D. WILLIAMS**, | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice the charges against Defendant in the above-captioned Bill of Indictment. The Government moves to dismiss the pending charges because Defendant has pled guilty to related charges in this Court's docket no. 3:19-cr-334. The Court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Without Prejudice, (Doc. No. 51), is **GRANTED**.

Signed: January 13, 2020

Max O. Cogburn Jr
United States District Judge

1